UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re Application of<br><br>HCS Beteiligungsgesellschaft mbH,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery For Use In a Foreign Proceeding. | Case No. 22-<br><br>**DECLARATION OF TYLER BURTIS IN SUPPORT OF THE APPLICATION FOR AN ORDER OF JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** |

I, Tyler Burtis, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a private investigator licensed by the State of California. I am the Director of Investigations at Burtis Investigations LLC. I have been retained by Pallas Partners (US) LLP, which I understand is counsel to HCS Beteiligungsgesellschaft mbH, ("**Petitioners**") in the above-captioned matter seeking an Application for an Order of Judicial Assistance pursuant to 28 U.S.C. § 1782 (the "**Application**") for discovery from Ruben King-Shaw Jr. ("**Respondent**").[1]

2. As part of my search for information on Respondent, I searched proprietary databases that are available to licensed private investigators and law enforcement. These databases collect from the publicly available reports and data sources described above, in

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the memorandum of law filed in support of the Application. [ECF No. 1-1].

addition to data from credit-reporting agencies, employment records, social networks, banks, internet domain registrations, divorce and marriage records, and certain tax records.

    3.    I utilized separate proprietary databases to run searches on Respondent, certain of his apparent relatives, and property addresses associated with Respondent. The results of those searches stated the following:

    a.    Respondent is listed as a "current resident" of 3140 Harvard Ave APT 1504, Dallas, TX 75205 (the "Dallas Address").

    b.    Respondent has a phone number associated with the Dallas Address.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2022 at San Diego, California.

_____
TYLER BURTIS

2